# EXHIBIT J TO NOTICE OF REMOVAL

**(GEOFFREY GOLDEN vs. vs. BANK OF NEW YORK MELLON, et al.)**

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br>Court Address:<br>885 Chambers Avenue, P.O. Box 597, Eagle, CO, 81631-0597 | DATE FILED: November 20, 2013 8:31 AM<br>CASE NUMBER: 2013CV30358 |
| **Plaintiff(s)** GEOFFREY GOLDEN<br>v.<br>**Defendant(s)** BANK OF NEW YORK MELLON | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV30358<br>Division: 4      Courtroom: |
| **Order: Proposed Order Granting Emergency Motion for Temporary Restraining Order and to Enjoin Public Trustee's Sale Scheduled for November 20, 2013, and for Preliminary Injunctive Relief** ||

The motion/proposed order attached hereto: GRANTED.

The motion for a temporary restraining order is granted and the matter is to be set for hearing; the Court has December 30, 2013, 0:900 am available. The parties are to contact Karen Frederick, Division Clerk, through karen.frederick@judicial.state.co.us, to confirm times.

Issue Date: 11/20/2013

*[signature]*

FREDERICK WALKER GANNETT
District Court Judge

_____

DISTRICT COURT, EAGLE COUNTY, COLORADO

Court address:  885 East Chambers Road, P.O. Box 597
                Eagle, Colorado 81631
_____

GEOFFREY GOLDEN,

       Plaintiffs,

v.

BANK OF NEW YORK MELLON FKA THE BANK
OF NEW YORK AS SUCCESSOR IN INTEREST TO
JPMORGAN CHASE BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
INVESTMENT II, INC. BEAR STEARNS ALT-A TRUST
MORTGAGE PASS-THROUGH CERTIFICATES SERIES
2005-10 and PUBLIC TRUSTEE FOR EAGLE COUNTY,
COLORADO,

       Defendants.
_____

| Attorney: | W. Jeffrey Barnes | |
|---|---|---|
| | W.J. Barnes, P.A. | |
| | California office: | |
| | 9350 Wilshire Boulevard, Suite 308 | COURT USE ONLY |
| | Beverly Hills, California 90212 | |
| | Telephone: (310) 275-5150 | _____ |
| | Fax: (310) 275-5157 | |
| | e-mail: jeff@wjbarneslaw.com | Case Number: 2013CV30358 |
| | Colorado Attorney Reg. No. 19646 | |

_____

**PROPOSED ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER TO ENJOIN PUBLIC TRUSTEE'S SALE SCHEDULED FOR NOVEMBER 20, 2013, AND FOR PRELIMINARY INJUNCTIVE RELIEF**

      THIS CAUSE having come before the Court on the Emergency Motion of the Plaintiff

GEOFFREY GOLDEN that this Court enter a Temporary Restraining Order enjoining a Public

1

Trustee's sale of their primary residence for which sale is currently scheduled for November 20, 2013, and for preliminary injunctive relief, and the Court having reviewed the file and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. The Emergency Motion is granted as set forth herein.

2. A Temporary Restraining Order is hereby entered cancelling and enjoining the Public Trustee's Sale scheduled for Wednesday, November 20, 2013, as to the property located at 211 Beaver Creek, Unit 6, Avon, Colorado 81620, and no further sale of the subject property shall be scheduled without further Order of this Court.

3. The Temporary Restraining Order entered hereby shall expire on or about _____(month) _____(day), 2013. The Court hereby sets an evidentiary hearing on _____(month) _____(day), 201_, at _____a.m./p.m. for the purpose of determining whether the Temporary Restraining Order should be converted to a Preliminary Injunction precluding the scheduling of any sale property identified above pending the full disposition of this litigation on the merits.

DONE AND ORDERED in Eagle County, Colorado on this _____ day of November, 2013.

                                                                          _____
                                                                          DISTRICT COURT JUDGE

conformed copies to:

Donna Bakalor, Esq.                                   Office of the Public Trustee, Eagle County
Aronowitz & Mecklenburg                          500 Broadway Street
1199 Bannock Street                                    Eagle, Colorado 81631
Denver, Colorado 80204

W. Jeffrey Barnes, Esq., W.J. Barnes, P.A., Counsel for Plaintiff, <u>California office</u>: 9350 Wilshire Boulevard, Suite 308, Beverly Hills, California 90212