**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00034-CMA-KMT

GEOFFREY GOLDEN,

    Plaintiff,

v.

BANK OF NEW YORK MELLON, f/k/a The Bank of New York, as successor in interest to JPMORGAN Chase Bank National Association as Trustee for Structured Asset Mortgage Investment II, Inc. Bear Stearns Alt-A Trust Mortgage Pass-Through Certificates Series 2005-10, and
PUBLIC TRUSTEE FOR EAGLE COUNTY, COLORADO,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANT PUBLIC TRUSTEE**

---

The parties' Joint Motion To Dismiss Public Trustee for Eagle County (Doc. # 32) is GRANTED, and the Court ORDERS as follows:

Defendant Public Trustee for Eagle County, Colorado, is hereby DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of the Public Trustee for Eagle County, Colorado, as a Defendant in this case.

    DATED: April __04__, 2014

                                                       BY THE COURT:

                                                       _____
                                                       CHRISTINE M. ARGUELLO
                                                       United States District Judge