IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-00034-CMA-KMT

GEOFFREY GOLDEN,

    Plaintiff,

v.

BANK OF NEW YORK MELLON, f/k/a The Bank of New York, as successor in interest to JPMORGAN Chase Bank National Association as Trustee for Structured Asset Mortgage Investment II, Inc. Bear Stearns Alt-A Trust Mortgage Pass-Through Certificates Series 2005-10,

    Defendant.

---

**ORDER AFFIRMING AUGUST 22, 2014 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the August 22, 2014 Recommendation by United States Magistrate Judge Kathleen M. Tafoya (Doc. # 37) that this Court grant Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 10). The Recommendation and the factual and procedural background it accurately sets forth is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    In her recommendation, Judge Tafoya took judicial notice of the fact that Defendant is in possession of the promissory note at issue in this case and that Colorado law allows Defendant to enforce the note under the circumstances presented here. Taking such judicial notice was proper, *Binford v. United States,* 436 F.3d 1252,

1256 n.7 (10th Cir. 2006), and did not convert the motion to dismiss into a motion for summary judgment, *see Tal v .Hogan*, 453 F.3d 1244, 1264 n.24 (10th Cir. 2006). Further, Judge Tafoya correctly interpreted Colorado law and applied the reasoning of *Knowles v. Bank of Am., N.A.*, No. 12-CV-00621-RBJ, 2012 WL 5882570 (D. Colo. Nov. 21, 2012), to the facts of this case.

The Court has reviewed *de novo* all the relevant pleadings concerning Defendants' Motions to Dismiss, the Recommendation, and Plaintiff's objection to the Recommendation.  Based on this *de novo* review, the Court concludes that Magistrate Judge Tafoya's thorough and comprehensive analyses and recommendations are correct.  Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Tafoya as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 37) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Plaintiff's objection is overruled.  It is

FURTHER ORDERED that this case is DISMISSED in its entirety for failure to state a claim upon which relief can be granted.

DATED:  September 19, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge