**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00034-CMA-KMT

GEOFFREY GOLDEN,

      Plaintiff,

v.

BANK OF NEW YORK MELLON, f/k/a The Bank of New York, as successor in interest to JPMORGAN Chase Bank National Association as Trustee for Structured Asset Mortgage Investment  II, Inc. Bear Stearns Alt-A Trust Mortgage Pass-Through Certificates Series 2005-10,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming August 22, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on September 19, 2014 it is

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. No. 37) is AFFIRMED and ADOPTED. It is further

ORDERED that Plaintiff's objection is overruled.  It is further

ORDERED that this case is DISMISSED in its entirety for failure to state a claim upon which relief can be granted. It is further

ORDERED that the Defendants shall have their costs by  the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/   A. Thomas

Deputy Clerk